M. I. CONSTRUCTION CO., INC., v. ALEXANDER NEULICHT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 10, 1927. No further extension of time will be given. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PERCIVAL WILDS, as Trustee, etc., v. LEBANON NATIONAL BANK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before January 29, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICK ELLIOTT and Others.— Motion to dismiss appeal denied. Appellants' time to procure record on appeal and appellants' points to be filed extended to and including February 15, 1927, with notice of argument for the 1st day of March, 1927. No further extension of time will be granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOLOMON FARRIS v. THE LEBANON NATIONAL BANK OF NEW YORK.— Motion granted so far as to permit the Fidelity Trust Company by its attorneys to submit a brief in its behalf on said appeal, upon condition that said brief be printed and filed at least ten days before the said appeal is reached for argument, and that respondent may file a supplemental brief in reply thereto. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FARMERS' LOAN AND TRUST COMPANY, as Executor and Trustee, etc., of HELEN C. BOSTWICK, Deceased, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York.— Preference granted for February 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FARMERS' LOAN AND TRUST COMPANY, as Executor and Trustee, etc., of EMILY W. DIX, Deceased, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York.— Preference granted for February 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FARMERS' LOAN AND TRUST COMPANY, as Executor and Trustee, etc., of JULIA SELIGMAN, Deceased, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York.— Preference granted for February 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Preference granted for February 10, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUISEPPE WEBBER v. AMERICAN UNION BANK (Formerly NEMETH STATE BANK).— Motions granted so far as to permit petitioners to file briefs upon said appeal, such briefs to be served and filed before the 19th day of February, 1927, and the respondent have twenty days thereafter to file briefs in answer thereto. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.